

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of A.L.W., a child,　　　　* From the County Court at Law
　　　　　　　　　　　　　　　　　　　　of Brown County,
　　　　　　　　　　　　　　　　　　　　Trial Court No. CV1904153.

No. 11-19-00322-CV　　　　　　　　* November 27, 2019

　　　　　　　　　　　　　　　　　　* Per Curiam Memorandum Opinion
　　　　　　　　　　　　　　　　　　(Panel consists of: Bailey, C.J.,
　　　　　　　　　　　　　　　　　　Stretcher, J., and Wright, S.C.J.,
　　　　　　　　　　　　　　　　　　sitting by assignment)
　　　　　　　　　　　　　　　　　　(Willson, J., not participating)

　　　This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Appellant.